B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **15–23438**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/8/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors –– Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Charles B. Vosburgh<br>aka Chuck Vosburgh<br>2525 Coach And Surrey Lane<br>Aurora, IL 60506 | Justina Marie Vosburgh<br>aka Tina Vosburgh<br>2525 Coach And Surrey Lane<br>Aurora, IL 60506 |
| Case Number: 15–23438<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–5311<br>xxx–xx–5226 |
| Attorney for Debtor(s) (name and address):<br>Penelope N Bach<br>Sulaiman Law Group, Ltd.<br>900 Jorie Boulevard<br>Suite 150<br>Oak Brook, IL<br>Telephone number: (630)575–8181 | Bankruptcy Trustee (name and address):<br>Thomas E Springer<br>Springer Brown, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187<br>Telephone number: 630–510–0000 |

## Meeting of Creditors:
Date: **August 3, 2015**           Time: **11:00 AM**

Location: **100 S 3rd Street, Courtroom 240, Geneva, IL 60134**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 10/2/15**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1–866–222–8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open: Monday – Friday 8:30 AM –4:30 PM | Date: July 9, 2015 |

**EXPLANATIONS**   B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. ***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 15-23438-DRC
Charles B. Vosburgh                                                     Chapter 7
Justina Marie Vosburgh
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: ldixon              Page 1 of 2              Date Rcvd: Jul 09, 2015
                               Form ID: b9a             Total Noticed: 64

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2015.
```
db/jdb         +Charles B. Vosburgh,    Justina Marie Vosburgh,    2525 Coach And Surrey Lane,
                 Aurora, IL 60506-4433
tr             +Thomas E Springer,    Springer Brown, LLC,    400 South County Farm Road,    Suite 330,
                 Wheaton, IL 60187-4547
23472081       +CBNA,   50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
23472082       +CBNA,   399 Park Avenue,    New York, NY 10022-4614
23472109      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   Home Depot,     PO Box 6029,    The Lakes, NV 88901)
23472083       +Chase,   3415 Vision Drive,    Mail Code OH4-7142,    Columbus, OH 43219-6009
23472085       +Chase Receivables,    1247 Broadway,   Sonoma, CA 95476-7503
23472087       +CitiBank, N.A.,    PO Box 790110,   Saint Louis, MO 63179-0110
23472088        Citicorp Credit Services,    ATTN: Internal Recovery; Centralized Bk,    P.O. Box 790034,
                 Saint Louis, MO 63179-0034
23472089       +Codilis & Associates, P.C.,    15W030 N. Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
23472091       +Comcast Cable,    PO Box 3001,   Southeastern, PA 19398-3001
23472092       +Credit Bureau of North America,    236 E. Town Street,    Columbus, OH 43215-4631
23472096       +Diversified Adjustment Services,    600 Coon Rapids Boulevard,    Minneapolis, MN 55433-5549
23472097       +Diversified Consultants Inc.,    PO Box 1117,   Charlotte, NC 28201-1117
23472098       +Diversified Services Group,    5800 E Thomas Road, Suite 107,    Scottsdale, AZ 85251-7510
23472099       +Empact Emergency,    PO Box 366,   Hinsdale, IL 60522-0366
23472101        Empact Emergency Physicians,    PO Box 5997,   Aurora, IL 60504
23472100       +Empact Emergency Physicians,    2000 Ogden Avenue,    Aurora, IL 60504-7222
23472102        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
23472103       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
23472112       +JCPenney,    1600 Orchard Gateway Boulevard,    North Aurora, IL 60542-6501
23472113       +JP Morgan Chase,    10 S. Clark Street,   Chicago, IL 60603
23472114       +Kane County,    719 S. Batavia Avenue,   Geneva, IL 60134-3000
23472115       +Kane County Treasurer,    719 S. Batavia Avenue,    Building A,   Geneva, IL 60134-3079
23472116        Kane County Treasurer,    PO Box 4025,   Geneva, IL 60134-4025
23472117       +One Advantage,    fka First Source Advantage,    7650 Magna Drive,   Belleville, IL 62223-3366
23472119       +Rush-Copley,    2000 Ogden Avenue,   Aurora, IL 60504-5893
23472120       +Rush-Copley Medical Center,    2000 Ogden Avenue,    Aurora, IL 60504-7222
23472124       +State of Illinois: Department of Revenue,     PO Box 19006,   Springfield, IL 62794-9006
23472127        Trans Union LLC,    P.O. Box 2000,   Chester, PA 19016-2000
23472131       +US Bank Home Mortgage,    P.O. Box 20005,   Owensboro, KY 42304-0005
23472129       +Universal Account Servicing, LLC,    PO Box 807010,    Kansas City, MO 64180-7010
23472128       +Universal Account Servicing, LLC,    1701 S. Belt Highway,,    Saint Joseph, MO 64507-2235
23472134       +Verizon,   500 Technology Drive,    Ste 550,   Weldon Spring, MO 63304-2225
23472137       +Walmart,    Asset Protection Recovery,    PO Box 101928, Dept 4295,   Birmingham, AL 35210-6928
23472138       +Walmart Stores Inc,    702 SW 8th Street,   6487,    Bentonville, AR 72716-6209
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: pnbach@sulaimanlaw.com Jul 10 2015 01:12:58      Penelope N Bach,
                 Sulaiman Law Group, Ltd.,    900 Jorie Boulevard,    Suite 150,   Oak Brook, IL
tr             +EDI: BTESPRINGER.COM Jul 10 2015 00:38:00      Thomas E Springer,    Springer Brown, LLC,
                 400 South County Farm Road,    Suite 330,   Wheaton, IL 60187-4547
23472077       +EDI: HFC.COM Jul 10 2015 00:38:00      Best Buy Co., Inc,    Bureaus Investment Group,
                 PO Box 17298,    Baltimore, MD 21297-1298
23472078       +EDI: HFC.COM Jul 10 2015 00:38:00      Best Buy/HSBC Retail,    P.O. Box 17298,
                 Baltimore, MD 21297-1298
23472086        EDI: CITICORP.COM Jul 10 2015 00:38:00      Citibank Sd, Na,    Attn: Centralized Bankruptcy,
                 Po Box 20363,    Kansas City, MO 64195
23472079       +EDI: AIS.COM Jul 10 2015 00:38:00      Capital One, N.A. *,    c/o American Infosource,
                 P.O Box 54529,    Oklahoma City, OK 73154-1529
23472080       +EDI: CAPITALONE.COM Jul 10 2015 00:38:00      Capital One, N.A.*,    1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
23472084       +EDI: CHASE.COM Jul 10 2015 00:38:00      Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
23472090       +EDI: CMIGROUP.COM Jul 10 2015 00:38:00      Comcast,    c/o Credit Management,
                 4200 International Parkway,    Carrollton, TX 75007-1912
23472093        EDI: DISCOVER.COM Jul 10 2015 00:38:00      Discover Financial Services,    2500 Lake Cook Road,
                 Deerfield, IL 60015
23472094        EDI: DISCOVER.COM Jul 10 2015 00:38:00      Discover Financial Services LLC,    Po Box 15316,
                 Wilmington, DE 19850
23472095       +EDI: DCI.COM Jul 10 2015 00:38:00      Diversified,    10550 Deerwood Park Boulevard,
                 Jacksonville, FL 32256-2805
23472095       +E-mail/Text: bankruptcynotices@dcicollect.com Jul 10 2015 01:15:11       Diversified,
                 10550 Deerwood Park Boulevard,    Jacksonville, FL 32256-2805
23472104       +EDI: FSAE.COM Jul 10 2015 00:38:00      First Source Advantage,    PO Box 628,
                 Buffalo, NY 14240-0628
23472105       +EDI: RMSC.COM Jul 10 2015 00:38:00      GE / JCPenney,    Attention: Bankruptcy,   Po Box 103104,
                 Roswell, GA 30076-9104
23472106       +EDI: RMSC.COM Jul 10 2015 00:38:00      GE Capital Retail Consumer Finance,    1600 Summer Street,
                 Fifth Floor,    Stamford, CT 06905-5125
```

```
District/off: 0752-1           User: ldixon                Page 2 of 2                  Date Rcvd: Jul 09, 2015
                               Form ID: b9a                Total Noticed: 64

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
23472107       +EDI: RMSC.COM Jul 10 2015 00:38:00      GE Money Bank Care Card,   Po Box 960061,
                 Orlando, FL 32896-0061
23472108       +EDI: RMSC.COM Jul 10 2015 00:38:00      GE Walmart,   Attn: Bankruptcy,   Po Box 103104,
                 Roswell, GA 30076-9104
23472110        E-mail/Text: rev.bankruptcy@illinois.gov Jul 10 2015 01:14:15
                 Illinois Department of Revenue,   Bankruptcy Section,   PO Box 64338,   Chicago, IL 60664-0338
23472111       +EDI: RMSC.COM Jul 10 2015 00:38:00      JCPenney,   6501 Legacy Drive,   Plano, TX 75024-3698
23472118       +EDI: CBSRUSHMEDCTR.COM Jul 10 2015 00:38:00      Rush University Medical Center,
                 1653 W. Congress Parkway,   Chicago, IL 60612-3833
23472121        EDI: NEXTEL.COM Jul 10 2015 00:38:00      Sprint,   6391 Sprint Parkway,
                 Overland Park, KS 66251
23472123        EDI: NEXTEL.COM Jul 10 2015 00:38:00      Sprint,   Attn: Bankruptcy Department,   PO Box 7949,
                 Overland Park, KS 66207-0949
23472122       +EDI: NEXTEL.COM Jul 10 2015 00:38:00      Sprint,   PO Box 3827,   Englewood, CO 80155-3827
23472125       +EDI: AISTMBL.COM Jul 10 2015 00:38:00      T-Mobile,   12920 SE 38th Street,
                 Bellevue, WA 98006-7305
23472130        EDI: USBANKARS.COM Jul 10 2015 00:38:00      US Bank,   4801 Frederica Street,
                 Owensboro, KY 42301
23472132       +EDI: USBANKARS.COM Jul 10 2015 00:38:00      US Bank Home Mortgage,   US Bancorp Center,
                 800 Nicollet Mall,   Minneapolis, MN 55402-2511
23472133       +EDI: USBANKARS.COM Jul 10 2015 00:38:00      Us Bank Home Mortgage,   Bankruptcy/Recovery Dept,
                 Po Box 5229,   Cincinnati, OH 45201-5229
23472135       +EDI: AFNIVZWIRE.COM Jul 10 2015 00:38:00      Verizon Communications, Inc,   1515 Woodfield Road,
                 Schaumburg, IL 60173-6046
23472136       +EDI: AFNIVZWIRE.COM Jul 10 2015 00:38:00      Verizon Wireless,   1 Verizon Place,
                 Alpharetta, GA 30004-8510
                                                                                               TOTAL: 30

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23472126*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: The Home Depot,   Processing Center,   Des Moines, IA 50364)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2015                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2015 at the address(es) listed below:
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Penelope N Bach    on behalf of Joint Debtor Justina Marie Vosburgh pnbach@sulaimanlaw.com,
           ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbad
           wan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpres
           s.info
          Penelope N Bach    on behalf of Debtor Charles B. Vosburgh pnbach@sulaimanlaw.com,
           ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbad
           wan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpres
           s.info
          Thomas E Springer    tspringer@springerbrown.com,
           tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com;IL85@ecfcbis.com;iprice@springerbrown.
           com
                                                                                               TOTAL: 4
```