B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 15−23438**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Charles B. Vosburgh | Justina Marie Vosburgh |
| aka Chuck Vosburgh | aka Tina Vosburgh |
| 2525 Coach And Surrey Lane | 2525 Coach And Surrey Lane |
| Aurora, IL 60506 | Aurora, IL 60506 |

Social Security / Individual Taxpayer ID No.:
   xxx−xx−5311                                    xxx−xx−5226

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>October 5, 2015</u>               <u>Jeffrey P. Allsteadt, Clerk</u>
                                             United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 15-23438-DRC
Charles B. Vosburgh                                                     Chapter 7
Justina Marie Vosburgh
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: admin                Page 1 of 2              Date Rcvd: Oct 05, 2015
                               Form ID: b18               Total Noticed: 62

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2015.
db/jdb         +Charles B. Vosburgh,    Justina Marie Vosburgh,    2525 Coach And Surrey Lane,
                 Aurora, IL 60506-4433
23472081       +CBNA,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
23472082       +CBNA,    399 Park Avenue,    New York, NY 10022-4614
23472109      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Home Depot,    PO Box 6029,    The Lakes, NV 88901)
23472083       +Chase,    3415 Vision Drive,    Mail Code OH4-7142,    Columbus, OH 43219-6009
23472085       +Chase Receivables,    1247 Broadway,    Sonoma, CA 95476-7503
23472087       +CitiBank, N.A.,    PO Box 790110,    Saint Louis, MO 63179-0110
23472088        Citicorp Credit Services,    ATTN: Internal Recovery; Centralized Bk,    P.O. Box 790034,
                 Saint Louis, MO 63179-0034
23472089       +Codilis & Associates, P.C.,    15W030 N. Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
23472091       +Comcast Cable,    PO Box 3001,    Southeastern, PA 19398-3001
23472092       +Credit Bureau of North America,    236 E. Town Street,    Columbus, OH 43215-4631
23472096       +Diversified Adjustment Services,    600 Coon Rapids Boulevard,    Minneapolis, MN 55433-5549
23472097       +Diversified Consultants Inc.,    PO Box 1117,    Charlotte, NC 28201-1117
23472098       +Diversified Services Group,    5800 E Thomas Road, Suite 107,    Scottsdale, AZ 85251-7510
23472099       +Empact Emergency,    PO Box 366,    Hinsdale, IL 60522-0366
23472101        Empact Emergency Physicians,    PO Box 5997,    Aurora, IL 60504
23472100       +Empact Emergency Physicians,    2000 Ogden Avenue,    Aurora, IL 60504-7222
23472102        Equifax Information Services, LLC,    1550 Peachtree Street NW,    Atlanta, GA 30309
23472103       +Experian Information Solutions, Inc.,    475 Anton Boulevard,    Costa Mesa, CA 92626-7037
23472112       +JCPenney,    1600 Orchard Gateway Boulevard,    North Aurora, IL 60542-6501
23472113       +JP Morgan Chase,    10 S. Clark Street,    Chicago, IL 60603
23472114       +Kane County,    719 S. Batavia Avenue,    Geneva, IL 60134-3000
23472115       +Kane County Treasurer,    719 S. Batavia Avenue,    Building A,    Geneva, IL 60134-3079
23472116        Kane County Treasurer,    PO Box 4025,    Geneva, IL 60134-4025
23472117       +One Advantage,    fka First Source Advantage,    7650 Magna Drive,    Belleville, IL 62223-3366
23472119       +Rush-Copley,    2000 Ogden Avenue,    Aurora, IL 60504-5893
23472120       +Rush-Copley Medical Center,    2000 Ogden Avenue,    Aurora, IL 60504-7222
23472124       +State of Illinois: Department of Revenue,    PO Box 19006,    Springfield, IL 62794-9006
23472127        Trans Union LLC,    P.O. Box 2000,    Chester, PA 19016-2000
23472131       +US Bank Home Mortgage,    P.O. Box 20005,    Owensboro, KY 42304-0005
23472129       +Universal Account Servicing, LLC,    PO Box 807010,    Kansas City, MO 64180-7010
23472128       #+Universal Account Servicing, LLC,    1701 S. Belt Highway,,    Saint Joseph, MO 64507-2235
23472134       +Verizon,    500 Technology Drive,    Ste 550,    Weldon Spring, MO 63304-2225
23472137       +Walmart,    Asset Protection Recovery,    PO Box 101928, Dept 4295,    Birmingham, AL 35210-6928
23472138       +Walmart Stores Inc,    702 SW 8th Street,    6487,    Bentonville, AR 72716-6209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23472077       +EDI: HFC.COM Oct 06 2015 01:14:00      Best Buy Co., Inc,    Bureaus Investment Group,
                 PO Box 17298,    Baltimore, MD 21297-1298
23472078       +EDI: HFC.COM Oct 06 2015 01:14:00      Best Buy/HSBC Retail,    P.O. Box 17298,
                 Baltimore, MD 21297-1298
23472086        EDI: CITICORP.COM Oct 06 2015 01:14:00      Citibank Sd, Na,    Attn: Centralized Bankruptcy,
                 Po Box 20363,    Kansas City, MO 64195
23472079       +EDI: AIS.COM Oct 06 2015 01:15:00      Capital One, N.A. *,    c/o American Infosource,
                 P.O Box 54529,    Oklahoma City, OK 73154-1529
23472080       +EDI: CAPITALONE.COM Oct 06 2015 01:14:00      Capital One, N.A.*,    1680 Capital One Drive,
                 Mc Lean, VA 22102-3407
23472084       +EDI: CHASE.COM Oct 06 2015 01:14:00      Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
23472090       +EDI: CMIGROUP.COM Oct 06 2015 01:15:00      Comcast,    c/o Credit Management,
                 4200 International Parkway,    Carrollton, TX 75007-1912
23472093        EDI: DISCOVER.COM Oct 06 2015 01:14:00      Discover Financial Services,    2500 Lake Cook Road,
                 Deerfield, IL 60015
23472094        EDI: DISCOVER.COM Oct 06 2015 01:14:00      Discover Financial Services LLC,    Po Box 15316,
                 Wilmington, DE 19850
23472095       +EDI: DCI.COM Oct 06 2015 01:15:00      Diversified,    10550 Deerwood Park Boulevard,
                 Jacksonville, FL 32256-2805
23472095       +E-mail/Text: bankruptcynotices@dcicollect.com Oct 06 2015 01:44:41      Diversified,
                 10550 Deerwood Park Boulevard,    Jacksonville, FL 32256-2805
23472104       +EDI: FSAE.COM Oct 06 2015 01:14:00      First Source Advantage,    PO Box 628,
                 Buffalo, NY 14240-0628
23472105       +EDI: RMSC.COM Oct 06 2015 01:14:00      GE / JCPenney,    Attention: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
23472106       +EDI: RMSC.COM Oct 06 2015 01:14:00      GE Capital Retail Consumer Finance,    1600 Summer Street,
                 Fifth Floor,    Stamford, CT 06905-5125
23472107       +EDI: RMSC.COM Oct 06 2015 01:14:00      GE Money Bank Care Card,    Po Box 960061,
                 Orlando, FL 32896-0061
23472108       +EDI: RMSC.COM Oct 06 2015 01:14:00      GE Walmart,    Attn: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
23472110        E-mail/Text: rev.bankruptcy@illinois.gov Oct 06 2015 01:43:47
                 Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338

```
District/off: 0752-1           User: admin              Page 2 of 2              Date Rcvd: Oct 05, 2015
                               Form ID: b18             Total Noticed: 62

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
23472111       +EDI: RMSC.COM Oct 06 2015 01:14:00      JCPenney,    6501 Legacy Drive,    Plano, TX 75024-3698
23472118       +EDI: CBSRUSHMEDCTR.COM Oct 06 2015 01:14:00      Rush University Medical Center,
                 1653 W. Congress Parkway,    Chicago, IL 60612-3833
23472121        EDI: NEXTEL.COM Oct 06 2015 01:13:00      Sprint,    6391 Sprint Parkway,
                 Overland Park, KS 66251
23472123        EDI: NEXTEL.COM Oct 06 2015 01:13:00      Sprint,    Attn: Bankruptcy Department,    PO Box 7949,
                 Overland Park, KS 66207-0949
23472122       +EDI: NEXTEL.COM Oct 06 2015 01:13:00      Sprint,    PO Box 3827,   Englewood, CO 80155-3827
23472125       +EDI: AISTMBL.COM Oct 06 2015 01:13:00      T-Mobile,    12920 SE 38th Street,
                 Bellevue, WA 98006-7305
23472130        EDI: USBANKARS.COM Oct 06 2015 01:14:00      US Bank,    4801 Frederica Street,
                 Owensboro, KY 42301
23472132       +EDI: USBANKARS.COM Oct 06 2015 01:14:00      US Bank Home Mortgage,    US Bancorp Center,
                 800 Nicollet Mall,    Minneapolis, MN 55402-2511
23472133       +EDI: USBANKARS.COM Oct 06 2015 01:14:00      Us Bank Home Mortgage,    Bankruptcy/Recovery Dept,
                 Po Box 5229,   Cincinnati, OH 45201-5229
23472135       +EDI: VERIZONWIRE.COM Oct 06 2015 01:13:00      Verizon Communications, Inc,
                 1515 Woodfield Road,    Schaumburg, IL 60173-6046
23472136       +EDI: VERIZONWIRE.COM Oct 06 2015 01:13:00      Verizon Wireless,    1 Verizon Place,
                 Alpharetta, GA 30004-8510
                                                                                              TOTAL: 28

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23472126*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   The Home Depot,    Processing Center,    Des Moines, IA 50364)
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2015 at the address(es) listed below:
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Penelope N Bach    on behalf of Joint Debtor Justina Marie Vosburgh pnbach@sulaimanlaw.com,
           ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbad
           wan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpres
           s.info
          Penelope N Bach    on behalf of Debtor Charles B. Vosburgh pnbach@sulaimanlaw.com,
           ecfbach@gmail.com;courtinfo@sulaimanlaw.com;bkycourtinfo@gmail.com;ECFNotice@sulaimanlaw.com;mbad
           wan@sulaimanlaw.com;bkycourtinfo@gmail.com;sulaiman.igotnotices@gmail.com;bkecf_sulaiman@bkexpres
           s.info
          Thomas E Springer    tspringer@springerbrown.com,
           tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com;IL85@ecfcbis.com;iprice@springerbrown.
           com
                                                                                             TOTAL: 4
```